ORIGINAL FILED
2013 MAY 31 P 3: 01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  mgrajski@seyfarth.com
   Lindsay S. Fitch (SBN 238227)
3  lfitch@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendants
   COSTCO WHOLESALE CORPORATION,
7  VINCENT SILVIERA, DENNIS ORSAG
   (erroneously sued as HARSACK), GUSTAVO
8  LOPEZ and DARBY GREEK

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

                        CV 13 2461 LHK

| SCOTT HASBROOK, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT COSTCO WHOLESALE CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PARTIES** |
| v. | |
| COSTCO WHOLESALE CORPORATION, VINCENT SILVIERA, DENNIS HARSACK, GUSTAVO LOPEZ, DARBY CREEK, and DOES 1 to 20, | |
| Defendants. | |

Pursuant to the Federal Rule of Civil Procedure, Rule 7.1, defendant Costco Wholesale Corporation states as follows:

1. Costco Wholesale Corporation ("Costco") is a Washington corporation, publicly traded as "COST" on the NASDAQ. Costco has no parent corporation, and no publicly-held corporation owns 10% or more of its stock. No interest is known other than that of the named parties to the action.

1

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES
15669567v.1

1  DATED: May 30, 2013                     SEYFARTH SHAW LLP

                                           By: _____
                                           Mark P. Grajski
                                           Lindsay S. Fitch
                                           Attorneys for Defendants
                                           COSTCO WHOLESALE CORPORATION,
                                           VINCENT SILVIERA, DENNIS ORSAG
                                           (erroneously sued as HARSACK), GUSTAVO
                                           LOPEZ and DARBY GREEK

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES
15669567v.1

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                                            ) ss
COUNTY OF SACRAMENTO )

       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On May 31, 2013, I served the within document(s):

**DEFENDANT COSTCO WHOLESALE CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

☐ I sent such document from facsimile machines (916) 558-4839 on April 17, 2013. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Suite, 2350, Sacramento, California, addressed as set forth below.

☒ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at 400 Capitol Mall, Suite, 2350, Sacramento, California, addressed as set forth below.

Ralph W. Boroff
Law Offices of Ralph W. Boroff, P.C.
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Fax: (831) 426-0159

       I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on May 31, 2013, at 400 Capitol Mall, Suite, 2350, Sacramento, California.

                                                                    *Jean Moore*
                                                                    Jean Moore