| | |
|---|---|
| 1 | LAW OFFICES OF RALPH W. BOROFF, P.C. |
| | Ralph W. Boroff (SBN 59164) |
| 2 | 55 River Street, Suite 100 |
| | Santa Cruz, California 95060 |
| 3 | Telephone: (831) 458-0502 |
| | Facsimile: (831) 426-0159 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | SCOTT HASBROOK |
| 6 | |
| | SEYFARTH SHAW LLP |
| 7 | Mark P. Grajski (SBN 178050) |
| | mgrajski@seyfarth.com |
| 8 | Lindsay S. Fitch (SBN 238227) |
| | lfitch@seyfarth.com |
| 9 | 400 Capitol Mall, Suite 2350 |
| | Sacramento, California 95814-4428 |
| 10 | Telephone: (916) 448-0159 |
| | Facsimile: (916) 558-4839 |
| 11 | |
| | Attorneys for Defendant |
| 12 | COSTCO WHOLESALE CORPORATION, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HASBROOK, | Case No. 5:13-CV-02461-LHK |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ACTION** |
| v. | |
| COSTCO WHOLESALE CORPORATION, VINCENT SILVIERA, DENNIS HARSACK, GUSTAVO LOPEZ, DARBY GREEK, and DOES 1 to 20, | |
| Defendants. | |

Plaintiff SCOTT HASBROOK and defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel, hereby stipulate that the above-captioned action be dismissed in its entirety, with prejudice, each side to bear its own costs and attorneys' fees. Further, the parties do not intend for this dismissal to have any impact

1

JOINT STIPULATION

16229564v.1

whatsoever on plaintiff's ability to and file and pursue claims under the California Workers' Compensation Act.

DATED: October 4, 2013

LAW OFFICES OF RALPH W. BOROFF, P.C.

By:
Ralph W. Boroff
Attorneys for Plaintiff
SCOTT HASBROOK

DATED: October 7, 2013

SEYFARTH SHAW LLP

By:
Mark P. Grajski
Lindsay S. Fitch
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION,