# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SCOTT HASBROOK, | Case No.: 13-CV-02461-LHK |
| Plaintiff, | ORDER RE: STIPULATION OF DISMISSAL |
| v. | |
| COSTCO WHOLESALE CORPORATION at al., | |
| Defendants. | |

The parties in this case have stipulated to dismissing this action in its entirety with prejudice, with each side to bears its own costs and attorney's fees. ECF No. 18. This action is therefore DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge