UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT HASBROOK, ) | Case No.: 13-CV-02461-LHK |
| ) | |
| Plaintiff, ) | ORDER RE: STIPULATION OF |
| ) | DISMISSAL |
| v. ) | |
| ) | |
| COSTCO WHOLESALE CORPORATION at ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

The parties in this case have stipulated to dismissing this action in its entirety with prejudice, with each side to bears its own costs and attorney's fees. ECF No. 18. This action is therefore DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
LUCY H. KOH
United States District Judge